956

No. 83–272.   BASIC CONSTRUCTION CO. v. UNITED STATES. C. A. 4th Cir.   Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 83–282.   WILSON ET AL. v. BLOCK, SECRETARY OF AGRICULTURE, ET AL.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–388.   E–SYSTEMS, INC., ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL.   C. A. 5th Cir.   Motion of respondent Howard R. Clymer for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 83–5025.   LARSEN v. SIELAFF ET AL.   C. A. 7th Cir. Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 83–5329.   BUFORD v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Fla.; and

No. 83–5354.   AMADEO v. KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.   Sup. Ct. Ga.   Certiorari denied.   Reported below: No. 83–5329, 428 So. 2d 1389.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

NOVEMBER 4, 1983

No. 83–389.   FILCO ET AL. v. AMANA REFRIGERATION, INC., ET AL.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.